MICHAEL K. BRISBIN (SBN 169495)
DENNIS J. RHODES (SBN 168417)
LISA SILVA PASSALACQUA (SBN 161990)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Email: Michael.Brisbin@wilsonelser.com
       Dennis.Rhodes@wilsonelser.com
       Lisa.Passalacqua@wilsonelser.com
Tel.:  415.433.0990
Fax:   415.434.1370

Attorneys for Defendant
**RELIANCE STANDARD LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GILDA AGUAYO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 5:18-CV-04229 NC<br><br>**ORDER ON THE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES**<br><br>Complaint Filed:　　July 13, 2018 |

The Court having received and considered the parties' Joint Stipulation of Dismissal with Prejudice, each party to bear its own costs and fees, and finding good cause that the case is concluded with delivery of the settlement check to plaintiff's counsel on February 12, 2019, the Court **ORDERS** this case dismissed with prejudice, each party to bear its own costs and fees.

Dated: February 13 , 2019

**HONORABLE NATHANAEL M. COUSINS**
**United States Magistrate Judge**

GRANTED
Judge Nathanael M. Cousins

-1-

Order on the Joint Stipulation for Dismissal with Prejudice, Each Part to Bear its own Costs and Fees
Case No.: 5:18-CV-042229 NC
2167279v.1